IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CURTIS RAY BROOKS #A1079132,           )<br>                                                         )<br>              Petitioner,                       )<br>                                                         )<br>        vs.                                           )<br>                                                         )<br>TODD THOMAS,                           )<br>                                                         )<br>              Respondent.                    )<br>_____ ) | CV 13-00278 DKW-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on November 14, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Petition For Writ Of Habeas Corpus And Deny

///

///

Certificate of Appealability" (ECF No. [11]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 4, 2013.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

_____

Curtis Ray Brooks v. Todd Thomas; CV 13-00278 DKW-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION